UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**E-Z LOAD GATE, INC.,**
a Florida corporation,

    **Plaintiff,**

      v.                            CASE NO.:    6:07-CV-1962-ORL-19DAB

**AMERICAN MOTO PRODUCTS, INC.,** a California corporation, and **89908, INC.,** a California corporation,

    **Defendants.**

_____

**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Pursuant to the Joint Motion for Entry of Final Consent Judgment and Permanent Injunction (Docket Number 41 filed September 10, 2008), it is

**ORDERED** and **ADJUDGED** that said Motion is GRANTED. It is further **ORDERED** that::

This Court has subject matter jurisdiction over this action as well as personal jurisdiction over the parties.

Venue is proper in this judicial district.

89908, Inc. d/b/a AMP Research is the owner of the following United States Patents:

        U.S. Patent No. 6,402,215 issued June 11, 2002;

        U.S. Patent No. 6,805,392 issued October 19, 2004;

        U.S. Patent No. 7,063,366 issued June 20, 2006;

        U.S. Patent No. Des. 417,859 issued December 21, 1999;

and

U.S. Patent No. Des. 418,106 issued December 28, 1999

(collectively, the "Leitner Patents").

The Leitner Patents are valid and enforceable.

E-Z Load has offered for sale and sold in the United States bed extender products, marketed under the model numbers EZ 7875 and EZ 8545, and the trademarks E-Z LOAD GATE, E-Z LOAD REVERSIBLE BED EXTENDER, CARGO GATE AND BED EXTENDER, and depicted at Figures 2 and 5 of U.S. Patent No. 7,195,432, and in the photographs attached hereto as Exhibit A, ("Accused Devices").

E-Z Load's Accused Devices infringe the Leitner Patents.

E-Z Load, its agents and employees, and those persons in active concert or participation with them who receive actual notice of this Order are hereby permanently enjoined from making, using, selling, offering for sale, or importing the Accused Devices and any merely colorable variations thereof.

E-Z Load is permitted to sell its remaining units of infringing Accused Devices in its inventory and such sales will not be a violation of this Order provided that:

    a. E-Z Load sells no more than 300 remaining units of Accused Devices; and

    b. Within 60 days hereof E-Z Load will remit to AMP a royalty of 5 % of the gross amount of those sales, which is estimated to be approximately 120 units at $78.00 and 150 units at $66.00.

Final Judgment is hereby entered in favor of AMP on all causes of action.

Each party will bear its own costs and attorneys' fees for this action.

No other or further relief is granted to any party.

The parties advise that they affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

The Court retains jurisdiction over this Final Consent Judgment and Permanent Injunction for the purpose of ensuring compliance with the terms hereof.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11th__ day of ___September_____, 2008.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies Furnished to:

Counsel of Record